1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HENRY MORADO AND OFELIA L. MORADO, ) ) ) Plaintiffs, ) ) v. ) ) COUNTRYWIDE BANK FSB, ET AL., ) ) Defendants. ) _____ ) | Case No.: C 09-04011 PVT  **ORDER REFERRING CASE FOR RELATED CASE CONSIDERATION** |

Pursuant to 28 U.S.C. §§ 1331 and 1441 (a) and (b), defendants Countrywide FSB, Countrywide Financial Corporation, Countrywide Financial Corporation, Countrywide Home Loans, Inc., Countrywide Home Loans Servicing, LP and Bank of America Corporation removed the above-captioned action on August 28, 2009.  Previously, these same defendants removed another action involving plaintiff Ofelia L. Morado and all of the above-specified defendants on August 13, 2009.  In sum, the two cases involve claims that defendants engaged in predatory lending practices.  However, the cases relate to separate properties.  Therefore,

This case is HEREBY REFERRED to U.S. District Judge Ronald M. Whyte with a request that he consider whether the following case is related:

*Ofelia L. Morado v. Countrywide Bank FSB, et al.,* Case No. C 09-3717 RMW

Dated:   September 4, 2009

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge